IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RICHARD WILLIAM FISCHER

    Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Civ. No. 6:15-cv-00707-AA

ORDER TO PAY
SUPPLEMENTAL EAJA FEES

Aiken, Judge:

Based on the stipulation of the parties, and pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, $1,533.60 is hereby awarded to Plaintiff as Supplemental EAJA fees, in addition to the previously ordered EAJA fees in the amount of $11,613.47, and the check for Supplemental EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

Any check issued shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow:
7540 S.W. 51st Ave.
Portland, OR
97219

IT IS SO ORDERED.

DATED this 21 day of Dec, 2016.

*Ann Aiken*
Ann Aiken,
United States District Court Judge